■ SUTPHIN TRUST, Appellant, v JAMES F. CAPALINO, as Commissioner of the New York City Department of General Services, Respondent. — Appeal by petitioner from a judgment of the Supreme Court, Queens County (Hyman, J.), dated June 16, 1982, dismissed, without costs or disbursements. Said judgment was superseded by an order of the same court dated July 1, 1982, entered upon reargument.

Order affirmed, insofar as appealed from, without costs or disbursements. No opinion. Lazer, J. P., Mangano, O'Connor and Brown, JJ., concur.